## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **GINA TILTON,** | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No.    14-1267 |
|  | : |  |
| **GLAXOSMITHKLINE, LLC.** | : |  |
|  | : |  |

## O R D E R

AND NOW, this 21st day of August, 2014, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (paper no. 20) and plaintiff's Response in Opposition to Defendant's Motion to Dismiss (paper no. 26), it appearing that plaintiff has alleged facts sufficient to raise a reasonable expectation discovery will lead to evidence of the required elements of her claims.

It is **ORDERED** that:

1.    Defendant's Motion is **DENIED**.

2.    Plaintiff's request for sanctions under 28 U.S.C. § 1927 is **DENIED**.

_____
*/s/ Norma L. Shapiro*

J.