IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA TILTON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-1267 |
| GLAXOSMITHKLINE, LLC : | |

**ORDER**

AND NOW, this 21st day of April, 2015, upon consideration of plaintiff's Motion to Modify Scheduling Order (paper no. 55) and defendant's Memorandum in Opposition, it is **ORDERED** that plaintiff's Motion to Modify Scheduling Order (paper no. 55) is **DENIED**.

*/s/ Norma L. Shapiro*
J.